**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CHARLIE BALL (#459919)**

**VERSUS**

**JOHN SANDERS, ET AL**

**CIVIL ACTION**

**NUMBER 13-282-JWD-SCR**

# O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated December 15, 2014, to which an objection was filed:

**IT IS ORDERED** that the plaintiff's request for a temporary restraining order or a preliminary injunction is denied.

Signed in Baton Rouge, Louisiana, on January 5 ,2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**